**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 4, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00966-CV

---

### KARAN VALENTI, Appellant

### V.

### JENKINS & KAMIN, LLP, Appellee

---

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2018-59350B**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed November 22, 2019. On January 17, 2020, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.